## STEVEN DOUGLAS ELLIOTT v. STATE OF MARYLAND

[No. 152, September Term, 1981.]

*Decided February 9, 1982.*

The cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

Per Curiam:

The State of Maryland having been unable to justify the delay in this case consents to the granting of the petition for writ of certiorari and requests that we summarily reverse the trial court's ruling on the motion to dismiss. *State v. Hicks,* 285 Md. 310, 403 A.2d 356 (1979).

> *Judgment of the Circuit Court for St. Mary's County vacated and case remanded to that Court with direction to dismiss the information.*